## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES M. BEARD,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 1:23-CV-00423-B |
| | * | |
| **SYNCHRONY BANK,** | * | |
| | * | |
| Defendant. | * | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the Plaintiff and the Defendant, by and through respective Counsel, and hereby stipulate for the Court to dismiss this cause, with prejudice, with costs taxed as paid.

/s/ *Kenneth J. Riemer* (with permission)
KENNETH J. RIEMER
*Attorney for Plaintiff*
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, Alabama 36606
Phone: (251) 432-9212
Email: kjr@Riemer-Law.com


/s/ *D. Greg Dunagan*
D. GREG DUNAGAN (DUNAD5372)
Attorney for Defendant
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone:   (251) 626-9340
Facsimile: (251) 626-8928
gdunagan@carrallison.com